USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA  :
:
:
:  1:21-cr-202-GHW
-against-  :
:  ORDER
:
SEPEHR SARSHAR,  :
:
Defendant.:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on March 26, 2021, the conditions of the defendant's pre-trial release are modified as follows. Condition 8, which limits the defendant's travel to the State of California and the Southern and Eastern Districts of New York and points between for transit purposes only, is deleted. *See* Dkt. No. 6. The following condition is imposed in its place: "The defendant shall not travel outside of the continental United States. For the avoidance of doubt, the defendant may not enter Mexico or any other country."

SO ORDERED.

Dated: March 27, 2021
New York, New York

_____
Gregory H. Woods
United States District Judge