**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

May 5, 2021

VIA ECF

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re:   *United States of America v. Sepehr Sarshar*, No. 1:21-cr-202-GHW

Dear Judge Woods:

We represent Defendant Sepehr Sarshar in the above-captioned matter. Pursuant to the Court's order earlier today (ECF 31), we respectfully write to confirm that undersigned counsel and our client, Mr. Sarshar, have downloaded and successfully tested the Microsoft Teams videoconference platform. We therefore anticipate successfully utilizing Microsoft Teams for the proceeding scheduled for tomorrow, May 6, 2021, at 12:00 p.m.

Respectfully submitted,

/s/ *Reed Brodsky*
Reed Brodsky
Avi Weitzman
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035
rbrodsky@gibsondunn.com
aweitzman@gibsondunn.com

*Attorneys for Defendant Sepehr Sarshar*

cc:  All counsel of record via ECF