March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

      SEPEHR SARSHAR    ,
                           Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE**

-CR-   (GHW)

Defendant _____SEPEHR SARSHAR_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

___     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

✔     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

_____        _____
Defendant's Signature                           Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

   SEPEHR SARSHAR                        Reed Brodsky
_____        _____
Print Defendant's Name                         Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing or teleconferencing technology.

_May 6, 2021_____             _____
Date                                            U.S. ~~District~~ Judge