USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    UNITED STATES OF AMERICA

                -v-                                      1:21-cr-202-GHW

    SEPEHR SARSHAR,                              ORDER

                    Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       As stated on the record during a status conference held on May 4, 2021, pretrial motions by Defendant are due no later than July 1, 2021. The Government's opposition to any defense motions are due no later than twenty-eight days following submission of Defendant's motions. Defendant's replies, if any, are due no later than twenty-one days following submission of the Government's opposition. The Court will hold a hearing on any defense motions necessitating a hearing on October 29, 2021 at 9:00 a.m.

       SO ORDERED.

Dated: May 21, 2021

                                                                                       _____
                                                                               GREGORY H. WOODS
                                                                          United States District Judge