
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 21, 2021

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Sepehr Sarshar</u>, 21 Cr. 202 (GHW)

Dear Judge Woods:

    The Government respectfully submits this letter on behalf the parties to (i) propose a date for the jury trial in this matter, and (ii) request an extension of the current briefing schedule for defendant Sepehr Sarshar's pretrial motions. The parties have conferred and respectfully request that the trial in this matter commence on March 7, 2022, if that date is convenient for the Court. If March 7, 2022 is not convenient for the Court, the parties respectfully request a telephonic conference to discuss other potential trial dates. In addition, the parties respectfully request that the pretrial motions deadlines set forth in the Court's June 7, 2021 Order (Dkt. 34) be modified as follows: the Government's opposition to defense motions due by August 13, 2021; and the defendant's replies, if any, due by September 10, 2021. The Court previously excluded time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7((A), through October 29, 2021.

                                               Respectfully submitted,

                                               AUDREY STRAUSS
                                               United States Attorney

                    By:      /s/
                           Daniel Tracer / Negar Tekeei
                           Assistant United States Attorneys
                           (212) 637-2329 / 2482

The Court is unavailable for trial on March 7, 2022. The Court will hold a teleconference regarding the trial date on July 26, 2021 at 12:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The parties' request for an extension of time to brief the pretrial motions, Dkt. No. 52, is granted. The Government's oppositions to Defendant's motions are due no later than August 13, 2021. Defendant's replies, if any, are due no later than September 10, 2021. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 52.

SO ORDERED.

Dated: July 22, 2021
New York, New York

                                           GREGORY H. WOODS
                                           United States District Judge