USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

   UNITED STATES OF AMERICA,         :
                                             :
                                             :
              -v-                      :                  1:21-cr-202-GHW
                                             :
   SEPEHR SARSHAR                 :                    ORDER
                     Defendant.    :

---------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

     As stated on the record during the conference held on July 26, 2021, trial in this matter will commence at 9:00 a.m. on March 28, 2022.  The trial will take place in a courtroom to be determined of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

     The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions in limine, are due no later than January 15, 2022.  If any motions in limine are filed, opposition papers are due no later than seven days after the date of service of the motion.  Reply papers, if any, are due no later than four days after the date of service of the opposition.  Courtesy copies of motions in limine should be submitted when the motions are fully briefed.  The Court will hold a final pretrial conference in this matter on March 1, 2022 at 12:00 p.m.

     The parties are further directed to submit:  (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than February

15, 2022.  If the parties are unable to agree on the language of such a short overview, they are

directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated:  July 27, 2021

_____
Gregory H. Woods
United States District Judge