

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2021
```

November 4, 2021

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMORANDUM ENDORSED

Re:     <u>United States v. Sepehr Sarshar</u>, 21 Cr. 202 (GHW)

Dear Judge Woods:

The Government respectfully requests a one week adjournment of the November 5, 2021 deadline set by the Court at the October 29, 2021 conference in this case, for the parties to submit a joint letter containing (1) the remedy proposed by the Government in light of the Court's ruling on the defendant's motion to dismiss the Indictment, and (2) the defendant's response to the Government's proposal. The Government requests an adjournment of this deadline to November 12, 2021. The defendant consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     /s/
Daniel Tracer / Negar Tekeei
Assistant United States Attorneys
(212) 637-2329 / 2482

cc:  All Counsel of Record (by ECF)

---

Application granted. The deadline for the parties to submit the joint letter is extended to November 12, 2021. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 67.

SO ORDERED.

Dated: November 4, 2021
New York, New York

GREGORY H. WOODS
United States District Judge