USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
                                                      :
  UNITED STATES OF AMERICA              :
                                                      :
                  -v-                              :        1:21-cr-202-GHW
                                                      :
  SEPEHR SARSHAR,                        :          ORDER
                                                       :
                  Defendant.     :
----------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court has reviewed the parties submissions and arguments made during the conference held on October 29, 2021 regarding the scope of the *Franks* hearing that the Court granted by order dated October 29, 2021, Dkt. No. 66. The Court concludes that the *Franks* hearing will be limited to the issues raided by Defendant in relation to the Email Warrant. The Court denies Defendant's request for a *Franks* hearing to challenge the iCloud Warrant. The Court will provide further information regarding its decision at the beginning of the hearing. The parties are directed to submit a joint letter on ECF proposing dates for that hearing no later than November 8, 2021.

      SO ORDERED.

Dated: November 4, 2021

                                                         GREGORY H. WOODS
                                                        United States District Judge