USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
   UNITED STATES OF AMERICA                               :
                                                               :
                                                               :
                                                               :
                      -v-                                 :      1:21-cr-202-GHW
                                                               :
   SEPEHR SARSHAR,                                         :      ORDER
                                                               :
                      Defendant.              :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On July 2, 2021, Defendant filed a motion to dismiss the indictment on the ground that the indictment was impermissibly duplicitous. Dkt. No. 41. At the conference held on October 29, 2021, the Court provided a detailed oral opinion in which the Court concluded that the indictment created a threat of impermissible duplicity. Transcript of the October 29, 2021 conference at 126–30. The Court then presented the Government with three potential remedies: (1) dismiss the indictment without prejudice; (2) have the Government elect to proceed based on only one of the distinct crimes alleged; or (3) establish through jury instructions or a special verdict form that the jury is unanimous as to the conduct underlying the conviction. *See id.* at 130. The Court invited feedback from the Government regarding which remedy the Government would like to propose. *Id.* at 130, 144–45. By its letter dated November 8, 2021, the Government requested that the Court dismiss the indictment effective immediately. Dkt. No. 72. Defendant consents to the remedy elected by the Government. *Id.* The Court will adopt the remedy proposed by the parties. Accordingly, the indictment is dismissed without prejudice.

2

    The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates in this case.

    SO ORDERED.

Dated: November 9, 2021

_____<br>
GREGORY H. WOODS<br>
United States District Judge