```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

    v.

SEPEHR SARSHAR,

           Defendant.

-------------------------------------------------------------------x

No. 21 Cr. 202 (GHW)

**ORDER FOR RETURN OF PASSPORT**

IT IS HEREBY ORDERED, upon the application of counsel for Defendant Sepehr Sarshar, that U.S. Pretrial Services or any other agency that has custody of Dr. Sarshar's passport return it to Dr. Sarshar.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 74.

Dated: New York, New York
       December 14, 2021

SO ORDERED,

_____
Gregory H. Woods
United States District Judge