USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    UNITED STATES OF AMERICA

                     -v-                                  1:21-cr-202-GHW

    SEPEHR SARSHAR,                           ORDER

                        Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On November 9, 2021, the Court dismissed the indictment without prejudice. Dkt. No. 73. The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: February 15, 2022

                                                         GREGORY H. WOODS
                                                 United States District Judge