USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

    v.

SEPEHR SARSHAR,

        Defendant.

-------------------------------------------------------------------x

No. 21 Cr. 202 (GHW)

**ORDER EXONERATING BAIL**

IT IS HEREBY ORDERED, upon the application of counsel for Defendant Dr. Sepehr Sarshar, that Dr. Sarshar's appearance bond in this matter is exonerated and released, and all suretors on Dr. Sarshar's bond and all property posted as security for Dr. Sarshar's bond, including Dr. Sarshar's real estate in Cardiff, California, are also released from any liability in connection with said bond.

Dated: New York, New York
       May  23 , 2022

SO ORDERED,

*[signature]*
Gregory H. Woods
United States District Judge